**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**EL PASO DIVISION**

April Lacey

vs.
United States of America, et al.

Case No.: 3:23-cv-466

# MOTION FOR ADMISSION PRO HAC VICE

TO THE HONORABLE JUDGE OF SAID COURT:

Comes now Regina Powers, applicant herein, and moves this Court to grant admission to the United States District Court for the Western District of Texas pro hac vice to represent April Lacey in this case, and would respectfully show the Court as follows:

1. Applicant is an attorney and a member of the law firm (or practices under the name of) Beldock Levine & Hoffman, LLP with offices at:

   Mailing address: 99 Park Avenue 26th Floor/PH

   City, State, Zip Code: New York, NY 10016

   Telephone: 212-277-5892 Facsimile: 212-277-5892

2. Since August 24, 2020, Applicant has been and presently is a member of and in good standing with the Bar of the State of New York.

   Applicant's bar license number is 5779988.

3. Applicant has been admitted to practice before the following courts:

| Court: | Admission date: |
|---|---|
| Northern District of New York | 10/27/2020 |
| Southern District of New York | 11/11/2020 |
| Eastern District of New York | 10/23/2020 |

4. Applicant is presently a member in good standing of the bars of the courts listed above, except as provided below (list any court named in the preceding paragraph before which Applicant is no longer admitted to practice):

5. I ☐ have ☒ have not previously applied to Appear Pro Hac Vice in this district court in Case[s]:

Number: ____________________ on the _____ day of ________________, ______.

Number: ____________________ on the _____ day of ________________, ______.

Number: ____________________ on the _____ day of ________________, ______.

6. Applicant has never been subject to grievance proceedings or involuntary removal proceedings while a member of the bar of any state or federal court, except as provided:

7. Applicant has not been charged, arrested, or convicted of a criminal offense or offenses, except as provided below (omit minor traffic offenses):

8. Applicant has read and is familiar with the Local Rules of the Western District of Texas and will comply with the standards of practice set out therein.

9. Applicant will file an Application for Admission to Practice before the United States District Court for the Western District of Texas, if so requested; or Applicant has co-counsel in this case who is admitted to practice before the United States District Court for the Western District of Texas.

Co-counsel: Randall Kallinen, Kallinen Law PLLC

Mailing address: 511 Broadway Street

City, State, Zip Code: Houston, Texas 77012

Telephone: 713-320-3785

Should the Court grant applicant's motion, Applicant shall tender the amount of $100.00 pro hac vice fee in compliance with Local Court Rule AT-l(f)(2) [checks made payable to: Clerk, U.S. District Court].

Wherefore, Applicant prays that this Court enter an order permitting the admission of Regina Powers to the Western District of Texas pro hac vice for this case only.

Respectfully submitted,

Regina Powers

[printed name of Applicant]

Regina Powers

[signature of Applicant]

**CERTIFICATE OF SERVICE**

I hereby certify that I have served a true and correct copy of this motion upon each attorney of record and the original upon the Clerk of Court on this the 23 day of January, 2024.

Regina Powers

[printed name of Applicant]

Regina Powers

[signature of Applicant]

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**EL PASO DIVISION**

April Lacey

vs.
United States of America, et al.

Case No.: 3:23-cv-466

# ORDER

BE IT REMEMBERED on this day, there was presented to the Court the Motion for Admission Pro Hac Vice filed by Regina Powers, counsel for April Lacey, and the Court, having reviewed the motion, enters the following order:

IT IS ORDERED that the Motion for Admission Pro Hac Vice is GRANTED, and Regina Powers may appear on behalf of April Lacey in the above case.

IT IS FURTHER ORDERED that Regina Powers, if he/she has not already done so, shall immediately tender the amount of $100.00, made payable to: **Clerk, U.S. District Court**, in compliance with Local Court Rule AT-l(f)(2).

SIGNED this the __________ day of January, 20_______.

______________________________
UNITED STATES DISTRICT JUDGE