UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS

April Lacey,

Plaintiff,

-v-

UNITED STATES OF AMERICA and MARERLLIS NIX,

Defendants.

**AFFIDAVIT OF SERVICE**

Index No. 3:23cv466

I, S. Vaughan do hereby state and affirm under penalties of perjury that the following is true and correct:

I am over 18 years of age and am not a party to this action. On January 10, 2024, I served the following documents via Certified Mail, United States Postal Service upon defendant UNITED STATES OF AMERICA, United States Attorney for the Western District of Texas, C/O Civil Process Clerk, 601N.W. Loop 410, Suite 600, San Antonio, TX 78216. Said envelope was marked "Personal and Confidential" and did not include any markings indicating that said mailing came from a law office. Said envelope was affixed with sufficient postage and deposited in a mail depository within the exclusive control of the United States Postal Service:

*(a) Summons in a Civil Action,*
*(b) Complaint and Jury Demand,*
*(d) Civil Cover Sheet,*
*(f) Local Rules of the United States District Courts for the Western District of Texas.*

Dated: New York, New York
January 10, 2024

By: S. Vaughan

STATE OF NEW YORK )
:ss:
COUNTY OF NEW YORK )

On this 10th day of January 2024 before me personally came S. Vaughan, to me known and known to me to be the individual described in and who executed the foregoing instrument, and they acknowledged to me that they executed the same.

Notary Public

DEEMA AZIZI
STATE OF NEW YORK
NOTARY PUBLIC
Qualified in Richmond County
02AZ6413287
MY COMMISSION EXPIRES 01/25/2025